X-PATENTS, APC
JONATHAN HANGARTNER, Cal. Bar No. 196268
5670 La Jolla Blvd.
La Jolla, CA  92037
Telephone:  858-454-4313
Facsimile:  858-454-4314
jon@x-patents.com

Attorneys for Plaintiff
Mobile Commerce Framework, Inc.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOBILE COMMERCE FRAMEWORK, INC.,<br><br>Plaintiff,<br><br>v.<br><br>FOURSQUARE LABS, INC.,<br><br>Defendant. | Case No.  **'11CV0481 BEN BLM**<br><br>**COMPLAINT**<br><br>**JURY TRIAL DEMANDED** |

Plaintiff Mobile Commerce Framework, Inc. ("MCF") for its Complaint against Defendant Foursquare Labs, Inc. ("Foursquare") avers as follows:

**PARTIES**

1. Plaintiff MCF is a California corporation with its principal place of business at 24196 Alicia Parkway, Suite L, Mission Viejo, California 92691.

2. Defendant Foursquare is a company with its principal place of business at 36 Cooper Square, 6th Floor, New York, NY  10003.

**JURISDICTION**

3. This is a civil action for patent infringement arising under the patent laws of the United States of America, 35 U.S.C. § 1, et seq.

4. This Court has jurisdiction over the subject matter of the Complaint pursuant to 28 U.S.C. §§1331 & 1338.

5. This Court has personal jurisdiction over Foursquare because Foursquare purposefully offers and provides the infringing products through established distribution channels into the State of California and the Southern District of California.

6. Venue is proper under 28 U.S.C. §§1391(b) and (c) and 1400(b) because Foursquare offers the infringing products to customers in the Southern District of California and because Foursquare is subject to personal jurisdiction in the Southern District of California.

## BACKGROUND

7. On April 6, 2010, United States Patent No. 7,693,752 (the '752 patent), on an invention entitled "MOBILE COMMERCE FRAMEWORK," was duly and legally issued by the United States Patent and Trademark Office. Attached as Exhibit A is a copy of the '752 Patent.

8. The '752 patent has been in force and effect since its issuance. MCF is the owner of the entire right, title and interest in and to the '752 patent.

9. Foursquare has made and distributes to customers throughout the United States various software applications for mobile devices that can be used to subscribe to the Foursquare platform to obtain information and offers from merchants by searching based on their physical location and merchant type.

## COUNT I
## (INFRINGEMENT OF THE '752 PATENT)

10. MCF realleges and incorporates the previous paragraphs of this Complaint as though set forth in full herein.

1      11.     Foursquare has used, offered for sale, sold, and/or imported into the United States products, including at least various Foursquare mobile applications, which literally and under the doctrine of equivalents infringe one or more claims of the '752 patent in violation of 35 U.S.C. §271.

       12.     MCF has been damaged and has suffered irreparable injury due to acts of infringement by Foursquare and will continue to suffer irreparable injury unless Foursquare's activities are enjoined.

       13.     MCF has suffered and will continue to suffer substantial damages by reason of Foursquare's acts of patent infringement alleged above, and MCF is entitled to recover from Foursquare for the damages sustained as a result of Foursquare's acts.

       14.     Foursquare has willfully and deliberately infringed the '752 patent in disregard of MCF's rights.

## PRAYER FOR RELIEF

WHEREFORE, MCF prays that judgment be entered by this Court in its favor and against Foursquare as follows:

   A.   That Foursquare has infringed the '752 patent;

   B.   Permanently enjoining and restraining Foursquare, its agents, affiliates, subsidiaries, servants, employees, officers, directors, attorneys and those persons in active concert with or controlled by Foursquare from further infringing the '752 patent;

   C.   That Foursquare's infringement of the '752 patent was willful;

   D.   For an award of damages adequate to compensate MCF for the damages it has suffered as a result of Foursquare's conduct, including pre-judgment interest and a trebling of such damages due to Foursquare's willful infringement;

   E.   That Foursquare be directed to withdraw from distribution all infringing products, whether in the possession of Foursquare or its distributors or retailers, and that all infringing products or materials be impounded or destroyed;

1     F.    For monetary damages in an amount according to proof;

2     G.    For interest on said damages at the legal rate from and after the date such damages were incurred;

4     H.    That this is an exceptional case and for an award of MCF's attorney fees and costs;

6     I.    For such other relief as the Court may deem just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff MCF hereby demands a jury trial as to all issues that are so triable.

Dated: March 10, 2011    X-PATENTS, APC

By:    s/ Jonathan Hangartner

JONATHAN HANGARTNER

Attorneys for Plaintiff Mobile Commerce Framework, Inc.

-4-

Complaint

≈JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
MOBILE COMMERCE FRAMEWORK, INC.

**DEFENDANTS**
FOURSQUARE LABS, INC.

(b) County of Residence of First Listed Plaintiff   Orange
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Jonathan Hangartner, Esq., X-Patents, APC, 5670 La Jolla Blvd., La Jolla, CA 92037, Tel: 858-454-4313

Attorneys (If Known)   **'11CV0481 BEN BLM**

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☒ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 861 HIA (1395ff) | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | ☐ 900Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
35 U.S.C., section 1, et seq.                                                             35:0271 (YEB)
Brief description of cause:
Patent Infringement

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND:  ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE                                      DOCKET NUMBER

DATE                   SIGNATURE OF ATTORNEY OF RECORD
03/10/2011             s/ Jonathan Hangartner

**FOR OFFICE USE ONLY**

RECEIPT #_____  AMOUNT_____  APPLYING IFP_____  JUDGE_____  MAG. JUDGE_____