1  WILLENKEN WILSON LOH & LIEB LLP
   William A. Delgado (Bar No. 222666)
2  707 Wilshire Blvd., Suite 3850
3  Los Angeles, CA 90017
   Tel: (213) 955-9240
4  Fax: (213) 955-9250

5  Attorneys for Defendant
   Foursquare Labs, Inc.
6

7

8                    UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10 | MOBILE COMMERCE FRAMEWORK, INC., | Case No. 11-CV-0481-BEN-BLM
11 |                                  |
12 |                 Plaintiff,       | **DEFENDANT FOURSQUARE LABS,**
   |                                  | **INC.'S RULE 7.1 STATEMENT**
13 | v.                               |
14 |                                  |
15 | FOURSQUARE LABS, INC.,           |
16 |                 Defendant.       |
17 | FOURSQUARE LABS, INC.,           |
18 |                                  |
19 |                 Counterclaimant, |
20 | v.                               |
21 | MOBILE COMMERCE FRAMEWORK, INC., |
22 |                                  |
23 |            Counterclaim Defendant.|

24

25

26

27

28

FOURSQUARE LABS, INC.'S RULE 7.1 STATEMENT

**FOURSQUARE LABS, INC.'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Foursquare Labs, Inc. ("Foursquare") hereby discloses that no parent or publicly held corporation owns 10% or more of Foursquare's stock.

DATED:  May 13, 2011                WILLENKEN WILSON LOH & LIEB LLP

By: */s William A. Delgado*                         .
    William A. Delgado
    Attorneys for Defendant
    Foursquare Labs, Inc.

Of Counsel:
Craig R. Smith
Ann Lamport Hammitte
Danni Tang
LANDO & ANASTASI LLP
One Main Street
Cambridge, MA  02142
Main: 617-395-7000
Fax: 617-395-7070

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the Electronic Service List for this Case.

DATED:  May 13, 2011                      WILLENKEN WILSON LOH & LIEB LLP

By: */s William A. Delgado*                    .
    William A. Delgado
    Attorneys for Defendant
    Foursquare Labs, Inc.