X-PATENTS, APC
JONATHAN HANGARTNER, Cal. Bar No. 196268
5670 La Jolla Blvd.
La Jolla, CA  92037
Telephone:  858-454-4313
Facsimile:  858-454-4314
jon@x-patents.com

Attorneys for Plaintiff
Mobile Commerce Framework, Inc.

WRIGHT & L'ESTRANGE
JOHN H. L'ESTRANGE, JR., Cal. Bar No. 49594
401 West A Street, Suite 2250
San Diego, CA 92101
Telephone: 619-231-4844
Facsimile: 619-231-6710
jlestrange@wllawsd.com

LANDO & ANASTASI, LLP
Craig R. Smith (pro hac vice)
Ann Lamport Hammitte (pro hac vice)
Danni Tang (pro hac vice)
One Main Street
Cambridge, MA  02142
Main: 617-395-7000
Fax: 617-395-7070

Attorneys for Defendant
Foursquare Labs, Inc.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOBILE COMMERCE FRAMEWORK, INC.,<br><br>            Plaintiff,<br><br>    v.<br><br>FOURSQUARE LABS, INC.,<br><br>            Defendant. | Case No. 11-cv-0481 BEN (BLM)<br><br>**JOINT CLAIM CONSTRUCTION CHART, WORKSHEET, AND HEARING STATEMENT PURSUANT TO PATENT L.R. 4.2 FOR U.S. PATENT NO. 7,693,752** |

Pursuant to Patent Local Rule 4.2, Plaintiff Mobile Commerce Framework, Inc. ("MCF") and Defendant Foursquare Labs, Inc. ("Foursquare") hereby submit the following Joint Claim Construction Chart, Worksheet and Hearing Statement regarding U.S. Patent No. 7,693,752 (the "'752 patent").

## I.   Joint Claim Construction Charts

The parties' Joint Claim Construction Chart containing each party's respective proposed constructions of each disputed claim term, phrase, or clause, together with an identification of all references from the specification or prosecution history that support those constructions, and an identification of any extrinsic evidence on which each party intends to rely either to support its proposed constructions or to oppose the other party's proposed constructions of the claims (including dictionary definitions, citations to learned treatises, and prior art, and testimony of percipient and expert witnesses), is attached as Exhibit A.  The parties have not identified any terms or claim elements that should be governed by 35 U.S.C. § 112(6).  Both parties reserve the right to supplement or amend their proposed claim constructions and identified evidence contained herein in light of ongoing discovery.

## II.   Joint Claim Construction Worksheets

The parties' Joint Claim Construction Worksheet setting forth the proposed constructions to which the parties agree, as well as those in dispute, is attached as Exhibit B.

## III.   Joint Hearing Statement

The parties anticipate that the claim construction hearing will require 2-3 hours.  Each side requests an allocation of one-half of the total time to use as they see fit between direct presentation, rebuttal, and responding to the Court's questions.  If the Court would like a tutorial either in advance of the claim construction hearing or at the same time as the claim construction hearing, the parties propose that each side be allocated up to an additional 45 minutes.  Both sides believe a tutorial may be beneficial to provide

background and context for the claim construction issues being presented.  Neither party plans to call any witnesses at the hearing.

DATED: October 31, 2011

          X-PATENTS, APC

          By    s/Jonathan Hangartner
                  JONATHAN HANGARTNER

          Attorneys for Plaintiff Mobile Commerce Framework, Inc.

DATED: October 31, 2011

          LANDO & ANSTASI, LLP

          By    s/Craig R. Smith
                  CRAIG R. SMITH
          Attorneys for Defendant Foursquare Labs, Inc.

# CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on October 31, 2011 to all counsel who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4. Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

                                                                                s/Jonathan Hangartner  
                                                                                Jonathan Hangartner