12 JAN 24 AM 9:18

CLERK, US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

 DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOBILE COMMERCE FRAMEWORK, INC., <br><br> Plaintiff, <br><br> vs. <br><br> GROUPON, INC., <br><br> Defendant. | Case No. 11cv2586 BEN (BLM) <br> Related Case Nos.: 11cv481 BEN (BLM); 11cv2589 BEN (BLM) <br><br> **ORDER GRANTING EMERGENCY MOTION TO CONSOLIDATE CLAIM CONSTRUCTION PROCEEDINGS** <br><br> [Dkt. No. 15] |

On December 28, 2011, Defendant Groupon, Inc. ("Groupon") filed an Emergency Motion to Consolidate Claim Construction Proceedings in this action and related actions, *Mobile Commerce Framework, Inc. v. Foursquare Labs, Inc.*, Case No. 11cv481 BEN (BLM), and *Mobile Commerce Framework, Inc. v. Yelp!, Inc.*, Case No. 11cv2589 BEN (BLM). (Dkt. No. 15.) The actions are related because they involve the same patent. The Court set an expedited briefing schedule for the motion and held a hearing on January 17, 2012. Plaintiff Mobile Commerce Framework ("MCF") and Defendants Foursquare Labs, Inc. ("Foursquare") and Yelp!, Inc. ("Yelp") have filed Oppositions. (Dkt. Nos. 23-24; Dkt. No. 14 in Case No. 11cv2589.) Defendant Groupon has filed a Reply. (Dkt. No. 25.)

///

///

  The motion to consolidate is **GRANTED**. The Court consolidates claim construction proceedings in the following actions: *Mobile Commerce Framework, Inc. v. Foursquare Labs, Inc.*, Case No. 11cv481 BEN (BLM), *Mobile Commerce Framework, Inc. v. Groupon, Inc.*, Case No. 11cv2586 BEN (BLM), and *Mobile Commerce Framework, Inc. v. Yelp!, Inc.*, Case No. 11cv2589 BEN (BLM).

  The consolidated claim construction hearing is set for **June 21, 2012 at 9:00 a.m.**[1] The Court has issued scheduling orders for the *Groupon* and *Yelp* actions that conform to this date. The parties shall meet and confer and provide the Court with a proposed schedule to address any supplemental filings necessary for the *Foursquare* action on or before **January 27, 2012**.

**IT IS SO ORDERED.**

DATED: January __, 2012

Hon. Roger T. Benitez
United States District Court

---

[1] As indicated at the January 17, 2012 hearing, the parties' joint tutorial will be held in the morning and the consolidated claim construction hearing will be held in the afternoon.